153 So. 780

### G. L. MORRIS v. M. E. BOWEN et al.

### 8 Div. 556.

Supreme Court of Alabama.

March 29, 1934.

W. H. Long, of Decatur, for petitioner.

Julian Harris, of Decatur, opposed.

PER CURIAM.

Petition of G. L. Morris for certiorari to the Court of Appeals, to review and revise the judgment and decision of that court in Morris v. Bowen et al., 153 So. 779.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.